AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
AUG 23 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Pedro GONZALEZ Jr.<br><br>*Defendant(s)* | )<br>)<br>) Case No. DR-19-M-7858(1)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 22, 2019** in the county of **Uvalde** in the
**Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 2252(a)(4)(B) | prohibits knowingly possessing or knowingly accessing with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Rodriguez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/23/2019

_____
*Judge's signature*

City and state: Del Rio, Texas                Victor Garcia, US Magistrate Judge
*Printed name and title*

Attachment A

On August 22, 2019, Homeland Security Investigations (HSI) Del Rio special agents (SA), HSI Computer Forensic Analyst (CFA), HSI Task Force Agents (TFA), with the assistance of the Uvalde County Sheriffs Office (UVSO) executed a federal search warrant at 1212 Fort Clark Rd, Uvalde, Texas 78801, which is in the Western District of Texas. The search warrant was in support of an ongoing HSI Del Rio investigation into allegations concerning child pornography violations.

During the search warrant, Pedro GONZALEZ, Jr., a United States Citizen (USC) was encountered. He was placed in handcuffs and transported to the UVSO for questioning. GONZALEZ was advised of his rights via the Miranda warning and admitted to knowingly being in possession of images which were of children engaging in sexual activity. GONZALEZ provided agents with the location of a hard drive. Agents who were conducting the search were advised of the location and located a 320 gigabyte Seagate mechanical hard drive bearing serial number 5VH65F0Z wedged between a mattress and the wall in the hallway. The HSI Certified CFA conducted a cursory search of the hard drive which revealed numerous images depicting children engaging in sexual activities.

The hard drive was transported to the UVSO and a HSI SA conducted a preliminary review of said images. Two images are described as follows:

The first picture was identified via title ocyp272caI_kz.jpeg which was of a prepubescent female placing her fingers in her vagina and opening it.

The second picture was identified as 0rO9GPXbvitZc.jpeg which was of a prepubescent female performing oral sex on an adult male.

HSI SA's later showed the hard drive to GONZALEZ. GONZALEZ positively identified the hard drive as being his. GONZALEZ admitted to having previously used the hard drive to view child pornography.